# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM GRAHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>CONDOR HOSPITALITY TRUST, INC., J. WILLIAM BLACKHAM, THOMAS CALAHAN, NOAH DAVIS, DAPHNE J. DUFRESNE, DANIEL R. ELSZTAIN, MATIAS IVAN GAIVIRONSKY, DONALD J. LANDRY, BRENDAN MACDONALD, BENJAMIN WALL, CONDOR HOSPITALITY LIMITED PARTNERSHIP, NHT OPERATING PARTNERSHIP, LLC, NHT OPERATING PARTNERSHIP II, LLC, NHT REIT MERGER SUB, LLC, and NEXPOINT HOSPITALITY TRUST,<br><br>               Defendants. | )<br>)<br>)<br>) Case No. 1:19-cv-01552-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated:  January 28, 2020

**OF COUNSEL:**

**ROWLEY LAW PLLC**
Shane T. Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (914) 400-1920
Facsimile: (914) 301-3514

**RIGRODSKY & LONG, P.A.**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*